DECEMBER 22, 1941

**No. 46716.—**—Protest 771782–G of D. P. Harris Hardware & Mfg. Co. Plaintiff's application for rehearing granted.

DECEMBER 19, 1941

**No. 46717.—**Suit 4340.——*United States* v. *American Machine & Metals, Inc.* C. D. 373 affirmed. C. A. D. 183.

**No. 46718.—**Suit 4358.——*United States* v. *Wecoline Products Corp. (A. J. Murray & Co.)* C. A. D. 186.

DECEMBER 22, 1941

**No. 46719.—**Suit 4351.——*D. C. Andrews & Co.* v. *United States.* C. D. 406 reversed. C. A. D. 182.

BEFORE THE FIRST DIVISION, DECEMBER 24, 1941

**No. 46720.—**Protest 843367–G of Parfumerie Lubin (New York).

Opinion by OLIVER, P. J. It was stipulated that the bottles in question are similar to those the subject of Abstract 40184. In accordance therewith the protest was sustained.

**No. 46721.—**Protest 823959–G of J. L. Galef (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel and on the authority of *Laszlo* v. *United States* (1 Cust. Ct. 209, C. D. 47) the air pistols and parts thereof in question were held dutiable at 27½ percent under paragraph 372 as claimed.